Matter of B.H. v B.H. (2026 NY Slip Op 00838)

Matter of B.H. v B.H.

2026 NY Slip Op 00838

Decided on February 17, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: February 17, 2026

Before: Moulton, J.P., Friedman, González, O'Neill Levy, Chan, JJ. 

Index No. O-472/24|Appeal No. 5837|Case No. 2025-03050|

[*1]In the Matter of B.H., Petitioner-Appellant,
vB.H., Respondent-Respondent.

Douglas H. Reiniger, New York, for appellant.
Bobby L. Hughley, Jr., New York, for respondent.

Order, Family Court, New York County (Stephanie Schwartz, J.), entered on or about April 29, 2025, which, after a fact-finding hearing, found that petitioner failed to establish that a family offense was committed against her and dismissed the family offense petition with prejudice, unanimously affirmed, without costs.
Family Court properly dismissed the petition because petitioner failed to establish by a fair preponderance of the evidence that respondent, her brother, had committed any acts warranting an order of protection in petitioner's favor (Family Court Act § 832; Matter of Everett C. v Oneida P., 61 AD3d 489, 489 [1st Dept 2009]). The court's credibility determinations are entitled to deference, and, in any event, there is no basis to disturb them (see Matter of R.H. v M.C.H., 239 AD3d 577, 578 [1st Dept 2025]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: February 17, 2026